IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARK KERNEY WEAVER, ) | |
|   ) | |
|   Petitioner, ) | |
|   ) | |
| v.   ) | CIV-07-919-R |
|   ) | |
| OKLAHOMA COUNTY ) | |
| DETENTION CENTER, ) | |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie K. Couch entered October 5, 2007.  Doc. No. 8  No Objection to the Report and Recommendation has been filed, Petitioner has not paid the filing fee or filed a motion for leave to proceed *in forma pauperis*.  Nor has Petitioner sought or been granted an extension of time to file an Objection, pay the filing fee or file an *in forma pauperis* application.  Therefore, the Report and Recommendation [Doc. No. 9] is ADOPTED in its entirety and this case is DISMISSED without prejudice.

**It is so ordered this 31st day of October, 2007.**

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE